# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**In re: John D. Hemken and Kathleen A. Hemken,**

    Debtors.

    Case No. 14-C-1129
    Bankr. Case No. 13-C-25399-SVK
    Adv. Proc. Nos. 13-02550, 13-02546

## DECISION AND ORDER

This is a bankruptcy appeal filed by Wan Ho Industrial Co. Ltd., the plaintiff in adversary action No. 13-C-2550. The debtors move to dismiss the appeal as untimely. Fed. R. Bankr. P. 8002(a)(1) (notice of appeal must be filed with the bankruptcy clerk within 14 days after entry of the judgment, order, or decree being appealed). The appellant is appealing the bankruptcy court's July 17, 2014 order dismissing its complaint, but the appeal wasn't filed until August 13, 2014. Therefore, this appeal is untimely. *In re Weston*, 139 B.R. 543, 547 (D. Utah 1992) ("the time for appeal commences with the entry of the document which represents a final disposition of the issue appealed from").

The debtors' motion to dismiss is **GRANTED**. This matter is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of April, 2015.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**